NEW YORK CITY POLICING DURING SUMMER 2020 DEMONSTRATIONS